| | |
|---|---|
| UNITED STATES DISTRICT COURT | ECF CASE |
| SOUTHERN DISTRICT OF NEW YORK | 08 CV 3160 (GEL) |

---

NIPPON YUSEN KAISHA a.k.a. NYK LINE,

                                        Plaintiff,

          - against -

CHARLOTTE INTERNATIONAL INC. and NN SAFEWAY SHIPPING CO.,

                                       Defendants.

DEFENDANT, NIPPON YUSEN KAISHA'S CORPORATE DISCLOSURE STATEMENT

[F.R.Civ.P. 7.1]

---

Defendant, NIPPON YUSEN KAISHA (hereafter "NYK"), by its attorneys, Cichanowicz Callan Keane Vengrow & Textor, LLP, certifies that no parent corporation or any publicly held corporation owns 10% or more of its stock.

Dated: New York, NY

March 28, 2007

    CICHANOWICZ CALLAN KEANE VENGROW
    & TEXTOR, LLP, 61 Broadway, Ste. 3000
    New York, NY 10006 – Tel. 212-344-7042

    By: /s/_____Joseph De May, Jr.._____
          Joseph De May, Jr. [JD-9105]
          Attorneys for Plaintiff