UNITED STATES DISTRICT COURT                    ECF CASE

SOUTHERN DISTRICT OF NEW YORK                   08 CV 3160 (GEL)

NIPPON YUSEN KAISHA a.k.a. NYK LINE,

                              Plaintiff,

- against -                                     ~~SUMMONS AND~~ PROCESS OF MARITIME
                                                ATTACHMENT A~~ND GARNISHMENT~~
CHARLOTTE INTERNATIONAL INC. and
NN SAFEWAY SHIPPING CO.,

                              Defendants.

THE PRESIDENT OF THE UNITED STATES OF AMERICA.

To the Marshal of the U.S. District Court for the Southern District of New York, GREETINGS:

       WHEREAS, the attached Verified Complaint in admiralty was filed herein for damages alleged to be due the said Plaintiff and praying that process of attachment and garnishment be issued;

       WHEREAS, said Verified Complaint is supported by a declaration that the defendant, CHARLOTTE INTERNATIONAL INC. and NN SAFEWAY SHIPPING CO., cannot be found in this District;

       NOW, THEREFORE, we do hereby command that you attach goods, chattels, credits, and effects up to the amount sued for each of the following defendants:

       1.)     CHARLOTTE INTERNATIONAL INC. and

       2.)     NN SAFEWAY SHIPPING CO.,

namely: the property of defendant within the District, including monies owed to each defendant by, or otherwise held by the following garnishees, to the extent of $150,000.00:

AMERICAN EXPRESS BANK
c/o Zeichner Ellman & Krause LLP
575 Lexington Avenue, New York, NY 10022

BANK OF AMERICA
345 Park Avenue, New York, NY

BANK OF CHINA
410 Madison Avenue, New York, NY

BANK OF NEW YORK
120 Broadway, Legal Dept., 19th Fl., New York, NY

BARCLAY'S BANK
200 Park Avenue, New York, NY

BNP PARIBAS
787 Seventh Avenue, New York, NY

CITIBANK, N.A.
90 Park Avenue at East 40th Street, New York, NY

CREDIT SUISSE FIRST BOSTON
One Madison Avenue, New York, NY

HSBC (USA) BANK
452 Fifth Avenue, New York, NY

J.P. MORGAN CHASE BANK
1 Chase Manhattan Plaza, New York, NY

STANDARD CHARTERED BANK
1 Madison Avenue, New York, NY

WACHOVIA BANK
360 Madison Avenue, New York, NY

And, that you promptly, after execution of this process, file same with the Court, with your return thereon; and

The Garnishee is required, pursuant to Rule B(3)(a) of the Supplement Rules for Certain Admiralty and Maritime Claims, to serve upon Plaintiff's attorneys, Cichanowicz, Callan, Keane,

2

Vengrow & Textor, LLP, 61 Broadway, Suite 3000, New York, New York 10006-2802, an answer to the Verified Complaint, together with answers to any interrogatories which may be served with the Verified Complaint, within 20 days after service of this Summons With Process of Maritime Attachment and Garnishment.

Defendants are required, pursuant to Rule B(3)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims, to serve upon Plaintiff's attorneys, Cichanowicz, Callan, Keane, Vengrow & Textor, LLP, 61 Broadway, Suite 3000, New York, New York 10006-2802, its answer within 30 days after process has been executed, whether by attachment of property or service on the garnishee

WITNESS, The Honorable Judges of this
Court on this  9  day of April, 2008

**J. MICHAEL McMAHON**
_____, Clerk

By: _____
                                        Deputy Clerk

CERTIFIED AS A TRUE COPY ON

THIS DATE 04-09-08

BY _____
( ) Clerk
( ) Deputy

| | |
|---|---|
| UNITED STATES DISTRICT COURT | ECF CASE |
| SOUTHERN DISTRICT OF NEW YORK | 08 CV 3160 (GEL) |

NIPPON YUSEN KAISHA a.k.a. NYK LINE,

                            Plaintiff,

- against -

CHARLOTTE INTERNATIONAL INC. and
NN SAFEWAY SHIPPING CO.,
                            Defendants.

DECLARATION OF SERVICE

       JAMIE RODRIGUEZ declares that the following statement is true under the penalties of perjury:

       1.      I am over the age of 18 years and I am not a party to this action.

       2.      On the dates and at the addresses set out in the attached list filled in by me, I served true and complete copies of the following process and pleadings in this case upon the garnishees also set out in the attached list:

       (a)     Process of maritime attachment and garnishment;

       (b)     Court order granting attachment;

       (c)     Court order allowing for substitute process server;

       (d)     Plaintiff's Supplemental Admiralty Rule B declaration;

       (e)     Plaintiff's Memorandum in support of attachment;

       (f)     Plaintiff's summons;

       (g)     Plaintiff's complaint;

       (h)     Plaintiff's corporate disclosure statement;

For each garnishee, service was made by personal delivery to the person identified and described in the attached list; and each such personal represented to me that he or she was authorized to receive service of process for that garnishee.

Dated: New York, New York

    April 23, 2008

/s/ _____Jamie Rodriguez_____

JAMIE RODRIGUEZ

2

SCHEDULE
PROOF OF SERVICE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

_08_ cv _3160_ (GEL)

AMERICAN EXPRESS BANK
c/o Zeichner Ellman & Krause LLP
575 Lexington Avenue, New York, NY 10022

Date Served: 4/22/08

Name of Person Served: Michael Antonivich

Job Title of Person Served: managing clerk

    Gender: male, white

    Hair Color: Brown

    Approximate Height: 5-8

    Approximate Weight: 150

    Approximate Age: 35

BANK OF AMERICA
~~345 Park Avenue, New York, NY~~ c/o Zeichner Ellman, supra

Date Served: 4/22/08

Name of Person Served: Michael Antonivich

Job Title of Person Served: managing clerk

    Gender: male white

    Hair Color: Brown

    Approximate Height: ~~150~~ 5-8

    Approximate Weight: 150

    Approximate Age: 35

BANK OF CHINA
410 Madison Avenue, New York, NY

Date Served: 4/21/08

Name of Person Served: Ron Yings Wong

Job Title of Person Served: Asst. Manager.

    Gender: Chinese

    Hair Color: Block

    Approximate Height: 5-7

    Approximate Weight: 145

    Approximate Age: 40


BANK OF NEW YORK
120 Broadway, Legal Dept., 19th Fl., New York, NY

Date Served: 4/21/08

Name of Person Served: Vavlap Mucicalli

Job Title of Person Served: Legal Asst.

    Gender: White female

    Hair Color: Grey/Blond

    Approximate Height: 5-8

    Approximate Weight: 135

    Approximate Age: 35

BARCLAY'S BANK
200 Park Avenue, New York, NY

Date Served: 4/21/08

Name of Person Served: Solomon Kibriye

Job Title of Person Served: Executive, Legal

   Gender: Male, Black

   Hair Color: Black

   Approximate Height: 5-8

   Approximate Weight: 135

   Approximate Age: 30

BNP PARIBAS
787 Seventh Avenue, New York, NY

Date Served: 4/22/08

Name of Person Served: Cheseca Debree

Job Title of Person Served: Legal Asst.

   Gender: White female

   Hair Color: Black

   Approximate Height: 5-7

   Approximate Weight: 130

   Approximate Age: 40

CITIBANK, N.A.
90 Park Avenue at East 40th Street, New York, NY

Date Served: 4-22-08

Name of Person Served: Sheree Farmer-Johnson

Job Title of Person Served: Service Officer

Gender: Black, Female

Hair Color: Black

Approximate Height: 5-5

Approximate Weight: 155

Approximate Age: 40


CREDIT SUISSE ~~FIRST BOSTON~~ SECURITIES
One Madison Avenue, New York, NY

Date Served: 4/22/08

Name of Person Served: Dontel Farnsworth

Job Title of Person Served: Clerk

Gender: Male, White

Hair Color: Brown

Approximate Height: 5-8

Approximate Weight: 140

Approximate Age: 40

HSBC (USA) BANK
452 Fifth Avenue, New York, NY

Date Served: 4-21-08

Name of Person Served: sandy cutler

Job Title of Person Served: client service Associate.

Gender: white female

Hair Color: Blond

Approximate Height: 5'5

Approximate Weight: 130

Approximate Age: 40


J.P. MORGAN CHASE BANK
1 Chase Manhattan Plaza, New York, NY

Date Served: 4/21/08

Name of Person Served: Doreen Bertone

Job Title of Person Served: Legal Specialist

Gender: female, white

Hair Color: Black / Grey

Approximate Height: 5-4

Approximate Weight: 150

Approximate Age: 60

STANDARD CHARTERED BANK
1 Madison Avenue, New York, NY

Date Served: 4/20/08

Name of Person Served: Johanna Terrero

Job Title of Person Served: Legal Asst.

Gender: Female, Hispanic

Hair Color: Brown

Approximate Height: 5'5

Approximate Weight: 145

Approximate Age: 30

WACHOVIA BANK
360 Madison Avenue, New York, NY

Date Served: 9/24/08

Name of Person Served: Steven Marcinkiewicz

Job Title of Person Served: Financial Center Manager

Gender: white male

Hair Color: Brown

Approximate Height: 5'-8

Approximate Weight: 145

Approximate Age: 35