UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
NIPPON YUSEN KAISHA a.k.a. NYK LINE,          ECF CASE

                Plaintiff,                              08 CV3160 (GEL)

— against —                                   **NOTICE**

CHARLOTTE INTERNATIONAL INC and
NN SAFEWAY SHIPPING CO.,

                Defendants.
-------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that Blair C. Fensterstock, of Fensterstock & Partners LLP, enters an appearance in this matter as counsel to Charlotte International Inc.

        Mr. Fensterstock is admitted to practice in this Court.

Dated: New York, New York
       May 21, 2008

                              FENSTERSTOCK & PARTNERS LLP

                              By: _____
                                  Blair C. Fensterstock

                              30 Wall Street, 9th Floor
                              New York, New York 10005
                              (212) 785-4100
                              *Attorneys for Charlotte International Inc.*

TO:

        Joseph De May, Jr., Esq.
        Cichanaowicz, Callan, Keane,
        Vengrow & Textor, LLP
        61 Broadway, Suite 3000
        New York, New York 10006-2802
        *Attorneys for Plaintiff*