UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
NIPPON YUSEN KAISHA a.k.a. NYK LINE,  ECF CASE

    Plaintiff,  08 CV3160 (GEL) (THK)

 — against —  **NOTICE OF APPEARANCE**

CHARLOTTE INTERNATIONAL INC and
NN SAFEWAY SHIPPING CO.,

    Defendants.
-----------------------------------------------------------------x

 **PLEASE TAKE NOTICE** that Blair C. Fensterstock and Jeanne M. Valentine of Fensterstock & Partners LLP, enter an appearance in this matter as counsel to Charlotte International Inc.

 Mr. Fensterstock and Ms. Valentine are admitted to practice in this Court.

Dated: New York, New York
   May 22, 2008

           FENSTERSTOCK & PARTNERS LLP

           By: /s/ Jeanne M. Valentine
             Jeanne M. Valentine (JV 3144)
             Jvalentine@fensterstock.com

           Blair C. Fensterstock (BF 2020)
           Bfensterstock@fensterstock.com

           30 Wall Street, 9th Floor
           New York, New York 10005
           (212) 785-4100

           *Attorneys for Defendant*
           *Charlotte International Inc.*

TO: Joseph De May, Jr., Esq.
   Cichanaowicz, Callan, Keane,
   Vengrow & Textor, LLP
   61 Broadway, Suite 3000
   New York, New York 10006-2802
   *Attorneys for Plaintiff*