UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

NIPPON YUSEN KAISHA a.k.a. NYK LINE,                    ECF CASE

                              Plaintiff,                08 CV3160 (GEL)(THK)

                — against —                             **STIPULATION AND
                                                        ORDER**

CHARLOTTE INTERNATIONAL INC. and
NN SAFEWAY SHIPPING CO.,

                              Defendants.

------------------------------------------------------------------x

        IT IS HEREBY AGREED, by and between the parties, through their undersigned counsel
of record, that the time for defendant CHARLOTTE INTERNATIONAL INC. to answer, move or
otherwise respond to the Complaint, dated March 28, 2008, shall be adjourned through and including
June 11, 2008.

Dated: New York, New York
        May 21, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08

FENSTERSTOCK & PARTNERS LLP          CICHANOWICZ, CALLAN, KEANE,
                                     VENGROW & TEXTOR, LLP

_____      _____
Blair C. Fensterstock [BF-2020]      Joseph De May, Jr. [JD-9105]
30 Wall Street - 9th Floor           61 Broadway, Suite 3000
New York, NY 10005                   New York, NY 10006
(212) 785-4100                       (212) 344-7042

*Attorneys for Charlotte International Inc.*    *Attorneys for Nippon Yusen Kaisha a.k.a.
                                                NYK Line*

SO ORDERED.

                                     _____
                                     United States District Judge

Dated: New York, New York
        May 22, 2008