UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
NIPPON YUSEN KAISHA a.k.a. NYK LINE,

                    Plaintiff,

— against —

CHARLOTTE INTERNATIONAL INC. and
NN SAFEWAY SHIPPING CO.,

                    Defendants.
------------------------------------------------------------------x

ECF CASE

08 CV 3160 (GEL) (THK)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the annexed Affidavit of Khalid Almitairi, and the Memorandum of Law in Support of Charlotte International Inc.'s ("Charlotte") Motion to Dismiss the Complaint, Charlotte, through its undersigned counsel, will move this Court before the Honorable Gerard E. Lynch, United States District Judge, on July 3, 2008 at 10:00 a.m. in the United States District Court, 500 Pearl Street, New York, New York, for an Order pursuant to Rules 12(b)(2) and (3) of the Federal Rules of Civil Procedure dismissing the Complaint as to Charlotte on the grounds that the Court lacks personal jurisdiction over Charlotte.

Pursuant to Local Civil Rule 6.1(b), any opposing affidavits and answering memoranda shall be served on or before Wednesday, June 25, 2008, and any reply affidavits and memoranda of law shall be served on or before Wednesday, July 2, 2008.

Dated: New York, New York
June 11, 2008

FENSTERSTOCK & PARTNERS LLP

By: _____
Blair C. Fensterstock (BF-2020)
Jeanne M. Valentine (JV-3144)
30 Wall Street, 9th Floor
New York, NY 10005
(212) 785-4100

*Attorneys for Defendant Charlotte International Inc.*

TO: Joseph De May, Jr., Esq.
Cichanaowicz, Callan, Keane,
Vengrow & Textor, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
*Attorneys for Plaintiff*