UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
NIPPON YUSEN KAISHA a.k.a. NYK LINE,　　　　　ECF CASE

      Plaintiff,　　　　　　　　　　　08 CV 3160 (GEL)(THK)

  — against —　　　　　　　　　　　　AFFIDAVIT OF
　　　　　　　　　　　　　　　　　　　　　KHALID ALMITAIRI
CHARLOTTE INTERNATIONAL INC and
NN SAFEWAY SHIPPING CO.,

      Defendants.
------------------------------------------------------------------x

STATE OF NEW YORK )
       ) ss.:
COUNTY OF NEW YORK )

  KHALID ALMITAIRI, being duly sworn, deposes and says:

  1. I am the owner and principal of Charlotte International Inc. ("Charlotte"). I am over the age of eighteen (18) and have personal knowledge of the matters discussed herein.

  2. Charlotte is an international export company located at 1609 Dixon Street, Fredericksburg, Virginia, and purchases and exports automobiles for sale in Saudi Arabia and other foreign countries.

  3. Charlotte is a business incorporated under the laws of Virginia with its principal place of business in Fredericksburg, Virginia.

  4. Charlotte employs approximately four (4) employees.

  5. None of Charlotte's employees work or live in New York.

6. Charlotte has no offices, employees, phone lines, bank accounts, agents or property in the State of New York.

7. Charlotte does not have any customers in New York, nor does it transact business in the State of New York.

8. Charlotte does not have a regular and established place of business in New York.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: June 10, 2008

*/s/ Khalid Almitari*
KHALID ALMITARI

Sworn To Before Me This
10th Day of June 2008

*/s/* 
Notary Public
7033397

County/City of Princeton?, VA
Commonwealth / State of VA
The foregoing instrument was acknowledged before me this 10 day of June 2008
by Khaled Al-Mitari
(name of person seeking acknowledgment)

Notary Public
My Commission Expires: 6-30-2010

DIANA CAROLE LONG
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES JUNE 30, 2010
COMMISSION # 7033397

2