UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
NIPPON YUSEN KAISHA a.k.a. NYK LINE,         ECF CASE

                Plaintiff,                                   08 CV 3160 (GEL)

— against —                                      **NOTICE**

CHARLOTTE INTERNATIONAL INC and
NN SAFEWAY SHIPPING CO.,

                Defendants.
------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that Eugene D. Kublanovsky, of Fensterstock & Partners LLP, enters an appearance in this matter as counsel to Charlotte International Inc.

      Mr. Kublanovsky is admitted to practice in this Court.

Dated: New York, New York
       August 11, 2008

                                        FENSTERSTOCK & PARTNERS LLP

                                        By:_____
                                            Eugene D. Kublanovsky (EK-0605)

                                          30 Wall Street, 9th Floor
                                          New York, New York 10005
                                          (212) 785-4100

                                          *Attorneys for Charlotte International Inc.*

TO:

      Joseph De May, Jr., Esq.
      Cichanaowicz, Callan, Keane,
      Vengrow & Textor, LLP
      61 Broadway, Suite 3000
      New York, New York 10006-2802

      *Attorneys for Plaintiff*