AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

NIPPON YUSEN KAISHA a.k.a. NYK LINE,

V.

CHARLOTTE INTERNATIONAL INC. and NN SAFEWAY SHIPPING CO.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: JUDGE LYNCH

**08 CV 3160**

TO: (Name and address of Defendant)

CHARLOTTE INTERNATIONAL INC., 1609 Dixon Street, Fredericksburg, VA 22401
   and
NN SAFEWAY SHIPPING CO., 25201 Paseo de Alicia, Ste. 104, Laguna Hills, CA 92653

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CICHANOWICZ CALLAN KEANE VENGROW & TEXTOR, LLP
61 Broadway, Ste. 3000, New York, NY 10006
212-344-7042

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 2 8 2008

CLERK                                                     DATE

*Jessica Doss*

(By) DEPUTY CLERK

# Affidavit of Process Server

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK
(NAME OF COURT)

NIPPON YUSEN KAISHA A.K.A. NYK LINE vs CHARLOTTE INTERNATIONAL, INC ETANO    08CV3160
PLAINTIFF/PETITIONER    DEFENDANT/RESPONDENT    CASE NUMBER

I, RODNEY WILLIAMS, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served NN SAFEWAY SHIPPING CO.
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons & Complaint; Disclosure Statement; Individual pratices in civil cases

by leaving with Haithan Farag, Agent authorized to receive    At
NAME    RELATIONSHIP

☐ Residence _____
ADDRESS    CITY / STATE

☑ Business 25201 Paseo De Alicia Ste. 104, Laguna Hills, CA 92653
ADDRESS    CITY / STATE

On 5/22/08    At 8:45 PM
DATE    TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY  STATE  ZIP

**Manner of Service:**
☑ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

Service Attempts: Service was attempted on: (1) ___ ___  (2) ___ ___
DATE  TIME  DATE  TIME
(3) ___ ___  (4) ___ ___  (5) ___ ___
DATE  TIME  DATE  TIME  DATE  TIME

Description: Age 32  Sex M  Race M E  Height 5'10  Weight 185  Hair BLK  Beard ___  Glasses ___

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 28 day of May, 2008, by PAM MILLER.
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of CALIFORNIA

PAM MILLER
Commission # 1677923
Notary Public - California
Orange County
My Comm. Expires Jul 23, 2010

FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS