UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
NIPPON YUSEN KAISHA a/k/a NYK LINE,   :
:
              Plaintiff,   :
:         08 Civ. 3160 (GEL)
-v.-   :
:         **ORDER**
CHARLOTTE INTERNATIONAL INC. and   :
NN SAFEWAY SHIPPING CO.,   :
:
             Defendants.   :
:
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

    Plaintiff Nippon Yusen Kaisha and defendant Charlotte International Inc. having appeared before the Court for a conference on August 15, 2008, it is hereby ORDERED that the parties shall appear for a status conference on October 3, 2008, at 10 a.m. The parties may submit a discovery schedule or other status letter in lieu of appearing at the scheduled conference, provided that such schedule or letter is submitted to the Court prior to October 3, 2008.

SO ORDERED.

Dated: New York, New York
       August 18, 2008

                                            GERARD E. LYNCH
                                         United States District Judge